UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

NADINE TOWNSEND,

                Plaintiff,

v.

                1:13-CV-1599
                (GTS/CFH)

GHI; and DR. AHMAD ALABBADI,

                Defendants.
_____

APPEARANCES:

NADINE TOWNSEND
  Plaintiff, *Pro Se*
911 Central Avenue, #329
Albany, New York 12206

GLENN T. SUDDABY, United States District Judge

## **DECISION and ORDER**

      Currently before the Court, in this *pro se* civil action filed by Nadine Townsend ("Plaintiff") against the two above-captioned individuals ("Defendants"), is United States Magistrate Christian F. Hummel's Report-Recommendation recommending Plaintiff's Complaint be dismissed unless she corrects the pleading defects in her Complaint. (Dkt. No. 4.) Plaintiff has not filed an objection to the Report-Recommendation, and the deadline in which to do so has expired. (*See generally* Docket Sheet.)

      After carefully considering the matter, the Court can find no clear error in Magistrate Judge Hummel's Report-Recommendation. (Dkt. No. 4.)[1] Magistrate Judge Hummel employed

---

      [1] When *no* objection is made to a report-recommendation, the Court subjects that report-recommendation to only a *clear error* review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the

the proper standards, accurately recited the facts, and reasonably applied the law to those facts. (*Id.*)  As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons stated therein.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Hummel's Report-Recommendation (Dkt. No. 4) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 4) shall be *sua sponte* **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b) unless, within **THIRTY (30) DAYS** of the date of this Decision and Order, Plaintiff files an Amended Complaint that cures the pleading defects identified in the Report-Recommendation..

Dated: May 20, 2014
      Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge

---

recommendation." *Id*.:  *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1. (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks and citations omitted).